LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-8946 GAF (JCGx) | Date | February 6, 2014 |
|---|---|---|---|
| Title | RICHARD J. GLAIR v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | GARY ALLEN FEESS | | |
|---|---|---|---|
| Linda Jackson for Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** (In Chambers)

## ORDER TO SHOW CAUSE

Having failed to timely arrange to file a Federal Rules of Civil Procedure Rule 26(f) Joint Report, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

The response to this OSC is due no later than the close of business, Friday, February 14, 2014. The Scheduling Conference now set for February 10, 2014, is **VACATED.**

**IT IS SO ORDERED.**