**LINK: 25**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-8946 GAF (JCGx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Richard J. Glair v. City of Los Angeles et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** **(In Chambers)**

## ORDER RE: REQUEST FOR RECUSAL

    Plaintiff Richard J. Glair ("Glair" or "Plaintiff"), who is displeased with the Court's ruling with respect to some of his claims, has filed a pleading entitled "Plaintiff's Request for Recusal Pursuant to 26 U.S.C. §455(a)." (Docket No. 25.) To the extent that it is a request to self-recuse, it is **DENIED**. However, the pleading is more properly viewed as a motion to disqualify which should be assigned to another judge for decision. The Court refers the matter back to the Clerk's office for reassignment.

    **IT IS SO ORDERED.**