# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-8946 DDP JCG | Date | September 9, 2016 |
|---|---|---|---|
| Title | *Richard J. Glair v. City of Los Angeles, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:           Attorneys Present for Defendants:

None Appearing                                   None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY KELLY SANDELL, JONATHAN PULTZ, AND DOE DEFENDANTS 3-7 SHOULD NOT BE DISMISSED FROM ACTION**

On this day, the Court granted the motion to dismiss Plaintiff's Second Amended Complaint ("SAC") filed by defendants City of Los Angeles, John N. Incontro, Ron Lee, Robert Lopez, Gerald McCarty, Gerardo Pantoja, Charles Beck, and Daniel Randolph (collectively, "Defendants"). [*See* Dkt. No. 102.] Notably, Plaintiff also asserts claims against Kelly Sandell, Jonathan Pultz, and Doe Defendants 3-7 (collectively, the "Remaining Defendants"). However, the Remaining Defendants have not yet been served with the SAC.

As of today, 330 days have elapsed since Plaintiff filed the SAC. [*See* Dkt. No. 78.] Thus, Plaintiff's claims against Remaining Defendants are subject to dismissal. *See* Fed. R. Civ. P. 4(m) (providing that action may be dismissed without prejudice as against any defendant who has not been served within 120 days of filing).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, on or before **September 16, 2016**, why the Remaining Defendants should not be dismissed from this action.

**Plaintiff is warned that his failure to timely respond to this Order will result in the dismissal of Remaining Defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.**

//

//

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-8946 DDP JCG | Date | September 9, 2016 |
|---|---|---|---|
| Title | *Richard J. Glair v. City of Los Angeles, et al.* | | |

**IT IS SO ORDERED.**

cc: Parties of Record

                                                                         00 : 00

Initials of Clerk       kh